**\*\* Petition for Admittance to Eastern District Court Submitted via Overnight Delivery on May 29, 2014 \*\***

Alexander S. Gareeb, State Bar No. 207473
**GAREEB LAW GROUP APC**
21333 Oxnard Street, Second Floor
Woodland Hills, California  91367
Telephone: (818) 456-0970
Facsimile:  (818) 456-0980
Email: agareeb@glglegal.com

Attorneys for Defendant
B. DHALIWAL, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| JUAN MORENO,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>B. DHALIWAL, INC., a California Corporation; and DOES 1 through 10,<br><br>　　　　　Defendant, | Case No.:  1:14-cv-00569-JLT<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINITFF'S COMPLAINT; ORDER THEREON**<br><br>**(Doc. 4)** |

　　　　Plaintiff JUAN MORENO (hereinafter "Plaintiff"), by and through his undersigned attorneys, and Defendant B. DHALIWAL, INC. (hereinafter "Defendant"), by and through its undersigned attorney, hereby stipulate and agree to extend the time for Defendant to respond to Plaintiff's complaint, and for the reasons set forth below respectfully request that the Court enter an order in the form submitted herewith:

　　　　WHEREAS, Plaintiff filed the instant action on April 21, 2014;

　　　　WHEREAS, Defendant B. DHALIWAL, INC. was served with the complaint on May 7, 2014;

　　　　WHEREAS, the parties have not previously requested an extension of Defendant's responsive pleading deadline;

　　　　**WHEREAS, Defendant's counsel needs time to allow the Court to**

**receive its Petition for Admission, process the Petition, and return all necessary login information;**

WHEREAS, Local Rule 6-144(a) of the United States District Court for the Eastern District of California provides that the Parties may stipulate to extend the time for responding to a complaint without leave of Court so long as all parties affected by the extension consent and the extension is no longer than 28 days;

IT IS HEREBY STIPULATED by and between Plaintiff, on the one hand, and Defendant, on the other, through their respective counsel, that the Defendant may have an extension of time to answer, move, or otherwise respond to Plaintiff's complaint to and including June 10, 2014.

This extension of time will not alter the date of any event or deadline already fixed by Court order.

IT IS SO STIPULATED.

Dated: June 6, 2014                               GAREEB LAW GROUP APC

 

By: _____
    Alexander S. Gareeb, Esq.
    Attorney for Defendant
    B. DHALIWAL, INC.

Dated: June 6, 2014                               CENTER FOR DISABILITY ACCESS

 

By: _____
    Mark Potter, Esq.
    Phyl Grace, Esq.
    Dennis Price, Esq.
    Attorneys for Plaintiff
    JUAN MORENO

# **ORDER**

The Court having duly considered the parties' stipulation as set forth above, and good cause appearing, hereby orders as follows: Defendant's deadline to file a responsive pleading to Plaintiff's Complaint shall be extended to June 10, 2014.

Defendant's counsel SHALL be admitted to the Eastern District of California before he submits any further filings.

IT IS SO ORDERED.

Dated:   **June 6, 2014**                             **/s/ Jennifer L. Thurston**
                                                                        UNITED STATES MAGISTRATE JUDGE