UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Juan Moreno,<br><br>    Plaintiff,<br><br>  v.<br><br>B. Dhaliwal Inc., a California Corporation; and Does 1-10,<br><br>    Defendants. | Case: 1:14-CV-00569-JAM-JLT<br><br>**STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1); & ORDER THEREON** |

## **ORDER**

Having read the foregoing Stipulation and good cause appearing therefore, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated:  10/21/14        /s/ John A. Mendez_____
                        HONORABLE JOHN A. MENDEZ
                        UNITED STATES DISTRICT COURT JUDGE